

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00193-CR

| | | |
|---|---|---|
| Stanley Dale Self | § | From the 367th District Court |
| | § | of Denton County (F-90-478-E) |
| v. | § | July 23, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Justice Bonnie Sudderth